FILED
CLERK, U.S. DISTRICT COURT

September 17, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TONY JIMENEZ ARROYO,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>M.J. BITER, Warden,<br><br>　　　　　Respondent. | No. SA CV 14-01284-R (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered denying the
2  petition and dismissing this action with prejudice.

5  Dated: September 17, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　United States District Judge