JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
September 17, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
September 17, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TONY JIMENEZ ARROYO, | No. SA CV 14-01284-R (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| M.J. BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: September 17, 2014

_____
MANUEL L. REAL
United States District Judge